### L. H. KELLER CO. v. McGRAW et al.

No. 7401—Opinion Filed July 11, 1916.
(158 Pac. 1199.)

Error from District Court, Carter County; W. F. Freeman, Judge.

Action by the L. H. Keller Company against Peter McGraw and another. Judgment for defendants, and plaintiff appeals. Reversed.

Eddleman & Harreld, for plaintiff in error.

Opinion by BURFORD, C. The plaintiff in error has filed his brief in compliance with the rules of this court. Neither of the defendants have filed any briefs. Inasmuch as the statements of the plaintiff's brief appear to fairly support the assignments of his petition in error, under the well-established rule, we are not required to search the record in order to sustain the judgment. The judgment of the trial court is reversed for further proceedings not inconsistent with this opinion.

By the Court: It is so ordered.